**EXHIBIT A TO SETTLEMENT AGREEMENT**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x

MARIE DENISE GUARRIELLO,        :   12 CIV. 2654 (NGG) (RLM)
              Plaintiff,   :
                         :   **STIPULATION OF**
            v.                    :   **DISMISSAL**
                         :
TOWN SPORTS INTERNATIONAL, LLC  :
D/B/A NEW YORK SPORTS CLUBS,    :
              Defendant.
------------------------------------------------------------x

      IT IS HEREBY STIPULATED AND AGREED, by and between undersigned counsel on behalf of their respective clients that, pursuant to and under the Federal Rules of Civil Procedure, all claims in this action are dismissed, with neither party as a prevailing party and with each party to bear its own costs and attorneys' fees incurred in connection with this action. If Defendant fails to make the Settlement Payment required by the parties' settlement agreement, Plaintiff may reinstate this action by filing a letter with the Court within 45 days of the date this Stipulation is "so-ordered" by the Court.

Dated: October 10, 2012

| **GOLDBERG & FLIEGEL LLP** | **BRYAN CAVE LLP** |
|---|---|
| By: *[signature]* | By: *[signature]* |
|    Kenneth Andrew Goldberg, Esq. |    William Hibsher, Esq. |
| 60 East 42nd Street, Suite 3520 | 1290 Avenue of the Americas |
| New York, New York 10165 | New York, New York 10104 |
| (212) 983-1077 | (212) 541-2000 |
| KGldbrg@aol.com | WJHibsher@bryancave.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendant* |

So Ordered:

_____
Hon. Nicholas G. Garaufis, U.S.D.J.